IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACADIANA MANAGEMENT GROUP LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 19-496C (Judge Campbell-Smith) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days to respond to the amended complaint filed by plaintiffs. The Government's response to plaintiffs' amended complaint currently is due on August 6, 2019. If our motion is granted, the Government's response would be due September 5, 2019. This is our second motion for an enlargement of time to respond to the amended complaint filed by plaintiffs, the Court having previously granted our motion for an enlargement of time of 60 days.

Counsel for the Government contacted counsel for plaintiffs regarding this request. Counsel for plaintiffs indicated that plaintiffs would not oppose a request for additional time through August 19, 2019, but oppose a motion for additional time beyond August 19, 2019, and will file an opposition to this motion.

The requested extension of time is necessary and should be granted for good cause due to undersigned counsel of record's need to devote time to other pressing matters, including time on evenings and weekends, which have prevented her from devoting adequate time to preparing the Government's response in this case. Counsel for the Government is also

counsel in *Anaheim Gardens, L.P., et al. v. United States*, Fed. Cir. No. 2019-1277, and had responsibility for preparing the Government's response brief, which was filed on July 18, 2019. Counsel for the Government is also counsel in *Sandwich Isles Communications, Inc. v. United States*, Fed. Cl. No. 19-149, and was responsible for preparing the Government's motion to dismiss, which was filed on June 27, 2019, and has responsibility for representing the Government at oral argument, which is scheduled for August 15, 2019. Furthermore, counsel is responsible for (1) preparing the Government's response brief in *Buffkin v. Department of Defense*, Fed. Cir. No. 2019-1531, which is due on August 19, 2019; and (2) preparing the Secretary's response brief in *Gumpenberger v. Wilkie*, Fed. Cir. 2019-1904, which is due on September 16, 2019. In addition, counsel for the Government will be out of the office on personal leave between July 30, 2019, and August 7, 2019.

    For the foregoing reasons, the Government respectfully requests that the Court grant our motion for a 30-day enlargement of time, until and including September 5, 2019.

                                             Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             ROBERT E. KIRSCHMAN, JR.
                                             Director

                                             s/ Claudia Burke
                                             CLAUDIA BURKE
                                             Assistant Director

<pre>
                                            s/ Shari A. Rose
                                            SHARI A. ROSE
                                            Senior Trial Counsel
                                            Commercial Litigation Branch
                                            Civil Division, Department of Justice
                                            P.O. Box 480
                                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 305-1265
                                            Facsimile: (202) 514-8640
                                            E-mail: Shari.Rose@usdoj.gov

Dated July 24, 2019                         *Attorneys for Defendant*
</pre>