# In the United States Court of Federal Claims

No. 19-496C
(E-Filed: July 29, 2019)

| | |
|---|---|
| ACADIANA MANAGEMENT GROUP, LLC, <u>et al</u>., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER

On July 24, 2019, defendant filed a motion for an enlargement of time to respond to plaintiffs' amended complaint.  <u>See</u> ECF No. 11.  This is the government's second request for an enlargement of time for this purpose.  <u>Id.</u> at 1.  The government seeks an enlargement of time of thirty days.  <u>Id.</u>  The requested enlargement of time would extend the deadline from August 6, 2019, to September 5, 2019.  <u>Id.</u>

Plaintiffs oppose the motion, stating that "there is no good cause shown for a further extension of time in which to file responsive pleadings in the above captioned matter."  ECF No. 12 at 3 (plaintiffs' opposition).  The court has reviewed the justification for the extension of time provided by defendant in both its motion and reply brief.  <u>See</u> ECF No. 13.  For good cause shown, defendant's motion, ECF No. 11, is **GRANTED**; and, defendant shall **FILE** its **answer** or otherwise respond to the amended complaint on or before **September 5, 2019**.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge
